IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOROTHY FINK, in her official capacity as Acting Secretary of the Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-113-SLS |

**NOTICE OF APPEARANCE**

Defendants hereby provide notice that undersigned counsel, Christine L. Coogle, will appear as counsel of record for all Defendants.

February 5, 2025

Respectfully submitted,

MICHAEL GRANSTON
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*