IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00113-SLS |

**[PROPOSED] ORDER ON MOTIONS FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' motion for summary judgment, Defendants' cross-motion for summary judgment, and all responses and replies thereto, the Court **ORDERS** as follows:

Plaintiffs' motion for summary judgment is **GRANTED**; and

Defendants' cross-motion for summary judgment is **DENIED**; and

The Inflation Reduction Act's Drug Price Negotiation Program and the Centers for Medicare & Medicaid Services' guidance documents purporting to implement the Program are **DECLARED** unconstitutional under the Fifth Amendment's Due Process Clause; and

The Inflation Reduction Act's Drug Price Negotiation Program and the Centers for Medicare & Medicaid Services' guidance documents purporting to implement the Program are **ENJOINED**, and Defendants; their officers, agents, servants, employees, and attorneys; and other persons in active concert or participation with any of the foregoing are **ENJOINED** from implementing the Program or the guidance documents; and

The Centers for Medicare & Medicaid Services' guidance documents' "qualified single source drug" definition and "bona fide marketing" standard are **DECLARED** arbitrary, capricious, and contrary to law; and

The Centers for Medicare & Medicaid Services' guidance documents' "qualified single source drug" definition and "bona fide marketing" standard are **VACATED** and **SET ASIDE**.

**IT IS SO ORDERED.**

Dated: _____                             _____
                                                     Honorable Sparkle L. Sooknanan
                                                     United States District Judge