IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-113 (SLS) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

    Defendants respectfully request slight modifications of the parties' remaining deadlines for summary-judgment briefing, including a seventeen-day extension of Defendants' deadline to file their combined cross-motion for summary judgment, which is currently due on April 12, 2025. As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

    1.    Plaintiffs filed this lawsuit on January 15, 2025. ECF No. 1. Plaintiffs challenge certain aspects of the drug-pricing provisions of the Inflation Reduction Act of 2022 and related guidance issued by the Centers for Medicare & Medicaid Services (CMS).

    2.    On March 5, 2025, this Court entered the following schedule for summary-judgment briefing: Plaintiffs shall file their motion for summary judgment on March 7, 2025; Defendants shall file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by April 12, 2025; Plaintiffs shall file their combined opposition to Defendants' cross-motion and reply in support of Plaintiffs' motion by May 7, 2025; and Defendants shall file their reply in support of their cross-motion for summary judgment by May 30, 2025. *See* Mar. 5, 2025 Min. Order.

    3.    Due to the press of significant and time-sensitive litigation deadlines in other cases, several of which arose only after the parties' prior scheduling proposal, as well as the recent

departure of several of the attorneys who were previously part of the team at the Department of Justice defending the relevant portions of the Inflation Reduction Act, Defendants respectfully request slight modifications to the summary-judgment briefing schedule, including a seventeen-day extension of time to prepare and file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

4. Having conferred with Plaintiffs, Defendants request that the Court enter the following schedule for summary-judgment briefing: Defendants to file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by April 29, 2025; Plaintiffs to file their combined opposition to Defendants' cross-motion and reply in support of Plaintiffs' motion by May 19, 2025; and Defendants to file their reply in support of their cross-motion for summary judgment by June 6, 2025.

5. Granting this request would still have this case fully briefed and ripe for resolution within one week of the current schedule, but would be far more compatible with counsel for Defendants' other litigation obligations.

6. This is Defendants' first request for an extension of the summary-judgment briefing schedule. Granting this request would not affect any other deadlines in this case, beyond the extensions sought herein.

7. For these reasons, Defendants respectfully request that the Court grant the requested extension of the summary-judgment briefing schedule.

8. Before filing this motion, per Local Civil Rule 7(m), counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

|  |  |
|---|---|
| Date: March 20, 2025 | Respectfully submitted,<br><br>ERIC HAMILTON<br>Deputy Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/ *Cassandra M. Snyder*<br>STEPHEN M. PEZZI (D.C. Bar No. 995500)<br>  Senior Trial Counsel<br>CASSANDRA M. SNYDER (D.C. Bar. No. 1671667)<br>  Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 451-7729<br>cassandra.m.snyder@usdoj.gov |