IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., et al., <br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services, et al. <br><br> Defendants. | No. 1:25-cv-00113-SLS |

**MOTION OF PUBLIC CITIZEN, DOCTORS FOR AMERICA, PROTECT OUR CARE, AND FAMILIES USA FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**

Public Citizen, Doctors for America, Protect Our Care, and Families USA respectfully move for leave to file a brief as amici curiae in support of the Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion (ECF Nos. 29, 30). An amicus curiae that is not a government officer or entity may file a brief "upon leave of Court, which may be granted after the submission of a motion for leave to file or upon the Court's own initiative." Local Civ. R. 7(o)(1). All parties consent to the filing of this amicus brief.

BACKGROUND

Enacted in August 2022, the Inflation Reduction Act (IRA) contains several reforms designed to lower the high cost of prescription drugs and make them more accessible to patients, including seniors enrolled in Medicare. *See* Pub. L. No. 117-169, § 11001-11003 (codified at 42 U.S.C. §§ 1320f–1320f-7 and 26 U.S.C. § 5000D). One such reform is the IRA's drug price negotiation program, which provides a pathway to lower the prices for a particular set of high-cost drugs—so-called single-source drugs, for which no generic equivalent is currently on the market. The program relies on a process in which the Department of Health and Human Services (HHS),

1

which is responsible for implementing Medicare, and the manufacturer of selected drugs negotiate the prices at which drugs will be made available to Medicare providers and drug plans.

Plaintiffs Teva Pharmaceuticals USA, Inc. and Teva Branded Pharmaceutical Products R&D, Inc. (together, Teva) filed this lawsuit on January 15, 2025. Among other things, Teva brings a due process challenge to the IRA drug-price negotiation program and seeks injunctive relief barring Defendants from implementing the IRA program. *See* Compl. ¶ 195, ECF No. 1; *id.* at 61. Teva moved for summary judgment on February 26, 2025, ECF No. 14, and Defendants opposed Plaintiff's motion and cross-moved for summary judgment on April 29, 2025, ECF Nos. 29, 30.

## ARGUMENT

**A.** Movants are four non-profit organizations with expertise in public health and with longstanding interests in patients' access to health care, including affordable medicines. Movants share an interest in the promotion and implementation of policies that make access to medications more accessible to the patients who need them, thereby improving health outcomes, saving lives, and protecting the financial health of individuals and families. Movants believe that the Inflation Reduction Act's drug price negotiation program is an important step toward reining in the high cost of prescription drugs for patients enrolled in Medicare, and they are concerned Teva's arguments, if accepted by this Court, would result in substantial harm to the health and finances of seniors and other Medicare patients.

Public Citizen is a nonprofit consumer advocacy organization with members and supporters in all 50 states. Public Citizen advocates before Congress, administrative agencies, and courts on a wide range of issues, including issues concerning consumer health and safety. A central concern of Public Citizen is protecting and expanding access to affordable medicines for consumers, both domestically and globally. To advance that interest, Public Citizen works with

partners worldwide to improve health outcomes and save lives by advancing policies to lower pharmaceutical prices. Public Citizen has provided technical assistance concerning patent rules and access to medicines to dozens of governments and international organizations.

Doctors for America mobilizes doctors and medical students to be leaders in putting patients over politics on the pressing issues of the day to improve the health of their patients, communities, and nation. A non-partisan, nonprofit, non-trade organization working on patients' behalf, Doctors for America is continuously working to improve access to equitable, affordable, high-quality health care for patients across the country. For this reason, Doctors for America has a longstanding history of working to improve drug affordability by advocating for legislative, regulatory, and judicial changes to ensure that patients can access life-sustaining treatments.

Families USA is a non-partisan voice for health care consumers and is dedicated to achieving high-quality, affordable health care and improved health for all. On behalf of health care consumers, working people, and patients, Families USA has advocated for decades for legislation and rulemaking that improve the accessibility and affordability of prescription drugs. Families USA believes that ensuring drug affordability should be a key part of the Medicare Part D program and has urged policymakers to explore the root causes of high and irrational drug prices and to tackle the complex network of abusive practices that underpin the American pharmaceutical market.

Protect Our Care, a fiscally sponsored project of the New Venture Fund, is dedicated to making high-quality, affordable, and equitable health care a right, and not a privilege, for everyone in America. Protect Our Care educates the public, influences policy, supports health care champions, and holds lawmakers accountable. Protect Our Care supported the development and enactment of the Inflation Reduction Act's provisions to make prescription drugs more affordable,

including the Medicare drug price negotiation program. Protect Our Care is committed to the successful implementation of the Act to ensure that seniors and taxpayers benefit from more affordable prescription drugs.

**B.** The information and arguments set out in the proposed amicus brief by organizations focused on the public interest and with expertise on this topic are desirable and will be useful to this Court in resolving the pending summary judgment motions. The proposed brief explains that Congress's prior efforts to improve Medicare enrollees' access to provider-administered medications and prescription drugs have not been sufficient to prevent significant increases in the drug prices that have left many enrollees unable to afford their out-of-pocket payments. As the proposed amicus brief explains, many Medicare enrollees consequently forgo medications that they cannot afford or sacrifice other essential needs in order to pay for their medications. The IRA price-negotiation program addresses affordability by providing a means for negotiating lower drug prices and thereby improving seniors' access to Medicare-covered drugs.

In addition, the proposed amicus brief explains that a core premise of Teva's due process challenge is wrong. Teva's due process claim is premised on the notion that the IRA program "forces a manufacturer to sell its product at far below market value," Teva Mem. 41, and that the "fair market value" of a drug, *id.* at 37, is whatever price drug companies would otherwise charge Medicare participants absent negotiation; anything below that amount, Teva suggests, deprives manufacturers of their property interests. *See* Pls. Mem. 37–41. The proposed amicus brief explains that Teva's theory is built on a faulty premise: that the price a monopolist charges for its product is necessarily the "fair market value" for the drug and that monopolists have a property interest in maintaining that price. That premise is wrong. And absent any showing that the drug

prices negotiated under the IRA program necessarily result in the deprivation of a property interest, Teva's due process challenge must be rejected.

The proposed amicus brief is attached to this motion.

## CONCLUSION

The Court should grant this motion for leave to file an amicus curiae brief.

May 1, 2025

Respectfully submitted,

/s/ Nandan M. Joshi
Wendy Liu (D.C. Bar No. 1600942)
Nandan M. Joshi (D.C. Bar No. 456750)
Allison M. Zieve (D.C. Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorneys for Movants Public Citizen, et al.*