AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Teva Pharmaceuticals USA, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00113-SLS |
| Robert F. Kennedy, Jr., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

movants Richard G. Frank, Fiona M. Scott Morton, Aaron S. Kesselheim, Gerard F. Anderson, Rena M. Conti, David M. Cutler, Jack Hoadley.

Date: 05/05/2025

/s/ Joseph J. Wardenski
*Attorney's signature*

Joseph J. Wardenski
*Printed name and bar number*
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001

*Address*

joe@wardenskilaw.com
*E-mail address*

(347) 913-3311
*Telephone number*

*FAX number*