IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-113 (SLS) |

**DEFENDANTS' UNOPPOSED MOTION FOR A SIX-DAY EXTENSION OF TIME**

    Defendants respectfully request a six-day extension of time to file their summary-judgment reply brief, which is currently due next Friday, June 6, 2025. As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

    1.    Plaintiffs filed this lawsuit on January 15, 2025. ECF No. 1. Plaintiffs challenge certain aspects of the drug-pricing provisions of the Inflation Reduction Act of 2022 and related guidance issued by the Centers for Medicare & Medicaid Services (CMS).

    2.    Pursuant to the most recent scheduling order in this case, Defendants' current deadline to file a reply brief in support of their cross-motion for summary-judgment is next Friday, June 6, 2025.

    3.    Due to the press of significant and time-sensitive litigation deadlines in other cases, several of which arose only after the parties' prior scheduling proposal, Defendants respectfully request a six-day extension of time to prepare and file their summary-judgment reply brief (*i.e.*, from June 6 to June 12).

    4.    This is Defendants' second request to modify the summary-judgment briefing schedule in this case. *See* ECF No. 23 (Defendants' unopposed motion). Granting this request would not affect any other deadlines in this case.

5. Before filing this motion, per Local Civil Rule 7(m), counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

6. For these reasons, Defendants respectfully request that the Court extend Defendants' reply deadline from June 6 to June 12.

Date: May 27, 2025

Respectfully submitted,

ERIC HAMILTON
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. 995500)
  Senior Trial Counsel
CASSANDRA M. SNYDER (D.C. 1671667)
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8576
stephen.pezzi@usdoj.gov

*Counsel for Defendants*