IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 25-113 (SLS) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion for an extension of time, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Defendants shall file their reply in support of their cross-motion for summary judgment on or before June 12, 2025.

**SO ORDERED**, this \_\_\_\_\_ day of _____, 2025.

_____
SPARKLE L. SOOKNANAN
United States District Judge