UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants.[1] | Civil Action No. 25-113 (SLS) |

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

  Defendants respectfully submit this notice of supplemental authority about the Supreme Court's recent decision in *Nuclear Regulatory Commission v. Texas*, 605 U.S. ----, No. 23-1300, 2025 WL 1698781 (U.S. June 18, 2025), which was decided after the parties completed briefing on their cross-motions for summary judgment in this case. As relevant here, in *Texas*, the Supreme Court reversed the judgment of the U.S. Court of Appeals for the Fifth Circuit, which had allowed for nonstatutory review of allegedly unlawful agency action on an *ultra vires* theory. The *Texas* decision (at pages 13-16 of the slip opinion) discusses the standard for an *ultra vires* claim, and generally supports the arguments that appear at pages 13-14 of Defendants' opening summary-judgment brief, ECF No. 30, and at pages 13-15 of their summary-judgment reply, ECF No. 38. A copy of the *Texas* decision is attached to this Notice, and is also available here: https://www.supremecourt.gov/opinions/24pdf/23-1300_b97c.pdf.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert F. Kennedy, Jr., Secretary of Health and Human Services, is automatically substituted as a defendant in his official capacity for his predecessor, Acting Secretary Dorothy A. Fink. Dr. Mehmet Oz, Administrator of the Centers for Medicare & Medicaid Services, is likewise automatically substituted as a defendant in his official capacity for his predecessor, Acting Administrator Stephanie Carlton.

Date: June 25, 2025

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. 995500)
 Senior Trial Counsel
CASSANDRA M. SNYDER (D.C. 1671667)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8576
stephen.pezzi@usdoj.gov

*Counsel for Defendants*