# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>  Defendants. | Civil Action No. 25-113 (SLS) |

## NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Cassandra Snyder, files this notice of withdrawal of appearance, as she is leaving employment with the Department of Justice effective September 5, 2025. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Date: September 5, 2025

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

  s/ *Cassandra M. Snyder*
  Cassandra M. Snyder
  D.C. Bar #1671667
  Trial Attorney
  U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: Cassandra.M.Snyder@usdoj.gov

*Counsel for Defendants*