UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 25-113 (SLS) |

### **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the attached decision of the Third Circuit in *Novo Nordisk Inc. v. HHS*, 154 F.4th 105 (3d Cir. 2025). That case—decided on October 6, 2025[1]—involves a parallel challenge to the Medicare Drug Price Negotiation Program.

As relevant here, in *Novo Nordisk*, the plaintiffs—much like Plaintiffs here—asserted (1) that HHS exceeded its statutory authority "when it treated six of Novo Nordisk's products as one negotiation-eligible single-source drug," *id.* at 111, and (2) that the Negotiation Program violates the Due Process Clause of the Fifth Amendment.

First, the Third Circuit held that it lacked subject-matter jurisdiction to consider Novo Nordisk's statutory and ultra vires claims, because of Congress's "clear statement" that "'[t]here shall be no . . . judicial review of,' among other things, 'the determination of negotiation-eligible drugs' or 'the determination of qualifying single source drugs.'" *Id.* (quoting 42 U.S.C. § 1320f–7(2)). In doing so, the Third Circuit considered and rejected some of the very same arguments that Plaintiffs advance in this case.

---

[1] Defendants would have filed this notice earlier, but for the lapse in appropriations and the legal requirements of the Anti-Deficiency Act.

Second, the Third Circuit rejected Novo Nordisk's due process claim on the merits, relying on its prior precedent in *AstraZeneca Pharms. LP v. HHS*, 137 F.4th 116, 125-26 (3d Cir. 2025), which was already addressed in the parties' summary-judgment briefs in this case.

A copy of the Third Circuit's decision is attached to this Notice.

Date: November 13, 2025

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8576
stephen.pezzi@usdoj.gov

*Counsel for Defendants*