UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *Plaintiff*, v. ROBERT F. KENNEDY, *et al.*,[1] *Defendants*. | Civil Action No. 25-113 (SLS) Judge Sparkle L. Sooknanan |

### ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 46, the Court **GRANTS** the Defendants' Cross-Motion for Summary Judgment, ECF No. 30, and **DENIES** the Plaintiff's Motion for Summary Judgment, ECF No. 15. The Court directs the Clerk of the Court to terminate this case from the active docket.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   November 20, 2025

---

[1] The current Secretary is substituted for his predecessor pursuant to Federal Rule of Civil Procedure 25(d).