IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00113-SLS |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Teva Pharmaceuticals USA, Inc.; Teva Branded Pharmaceutical Products R&D LLC; and Teva Neuroscience, Inc. appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 20, 2025 order (ECF No. 47) granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment.

    Respectfully submitted,

    /s/ Sean Marotta
    Sean Marotta (D.C. Bar 1006494)
    Danielle Desaulniers Stempel (D.C. Bar 1658137)
    Dana A. Raphael (D.C. Bar 1741559)
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004
    (202) 637-4881
    sean.marotta@hoganlovells.com

    *Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc.; Teva Branded Pharmaceutical Products R&D LLC; and Teva Neuroscience, Inc.*

November 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Sean Marotta
Sean Marotta